UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                    Case No. 2:25-cr-60-KCD-NPM

HENRY GENE BRUNSON, III

**FINAL ORDER OF FORFEITURE**

The United States moves for a final order of forfeiture for approximately five rounds FN (FNH) of .57 caliber ammunition, which was subject to an October 3, 2025, preliminary order of forfeiture. Doc. 42.

In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of the intent to dispose of the asset on the official government website, www.forfeiture.gov, from October 4, 2025 through November 2, 2025. Doc. 43. The publication gave notice to all third parties with a legal interest in the asset to file with the Office of the Clerk, United States District Court, Sam 2110 First Street, Suite 2-194, Ft. Myers, Florida 33901, a petition to adjudicate their interest within 60 days of the first date of publication. No one has filed a petition or claimed an interest in the asset, and the time for filing such petition has expired.

The United States' motion is **GRANTED**. Under 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), all right, title, and interest in the asset is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law. Clear title to the asset now vests in the United States of America.

**ORDERED** in Fort Myers, Florida, on this 8th day of December, 2025.

_____
KYLE C. DUDEK
UNITED STATES DISTRICT JUDGE